Case No: 10-61444

## MUTUAL FULL AND FINAL RELEASE OF CLAIMS

FILED
OCT 26 2011
United ... y Court
San Jose, California

### A. PREAMBLE

WHEREAS Saeed Fazeli (hereinafter "Fazeli") filed a Complaint in Santa Clara Superior Court action 1-10-CV-182666 against, among others, Sasan Raissi (hereinafter "Raissi");

WHEREAS Raissi filed a Petition for Bankruptcy in the United States Bankruptcy Court for the Northern District of California, San Jose Division proceeding 10-61444;

WHEREAS Fazeli filed an Adversarial Complaint and then a First Amended Adversarial Complaint for Non-dischargeability under sections 523a(2)(a), (4), and (6) of title 11 of the United States Code and 3613 of Title 18 of the United States Code against Raissi in the United States Bankruptcy Court for the Northern District of California, San Jose Division proceeding 11-05039;

WHEREAS Fazeli on one part and Raissi on the other part desire to resolve the issues and claims for non-dischargeability stated in proceeding 11-05039,

IT IS HEREBY mutually agreed as follows:

### B. AGREEMENT FOR RELEASE AND EXECUTORY PAYMENT

Fazeli on one part and Raissi on the other part mutually agree to release their claims or potential claims against each other based on the filing of the Adversarial Complaint and then a First Amended Adversarial Complaint for Non-dischargeability and the claims and causes stated therein, in exchange for the following executory payment consideration:

1) Raissi shall pay to Saeed Fazeli the sum of one thousand dollars($1000.00)as soon as this agreement is signed .Saeed Fazeli will pay William Dresser his share as per the agreement and the remaining part of the costs after the corrections are made .

This release is freely and voluntarily entered into and contains the entire agreement b between the parties. There is no other agreement between the parties .

SAEED FAZELI

DATE

SASSAN RAISSI       paid in Full

DATE

Case: 11-05039   Doc# 14   Filed: 10/26/11   Entered: 10/27/11 11:33:57   Page 1 of 1